**Henry E. GOSSAGE, Plaintiff—Appellant,**

v.

**State of WASHINGTON; et al., Defendants—Appellees.**

No. 03–35588.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2004.*

Decided March 23, 2004.

Henry E. Gossage, Olympia, WA, pro se.

Fed. R.App. P. 34(a)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Michael Patrick Lynch, AGWA–Office of the Washington, Attorney General, Olympia, WA, for Defendants–Appellees.

Before B. FLETCHER, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Henry Gossage appeals pro se the district court's order granting the defendants' motion for summary judgment, denying Gossage's cross-motion for summary judgment, and dismissing the action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review summary judgment de novo. *Collings v. Longview Fibre Co.*, 63 F.3d 828, 831 (9th Cir.1995). We vacate and remand.

The district court dismissed the majority of Gossage's federal claims pursuant to the *Rooker–Feldman* doctrine, reasoning that they were "inextricably intertwined with the state law issues decided by the Washington state courts." Following this, we issued our opinion in *Noel v. Hall*, 341 F.3d 1148 (9th Cir.2003), in which we clarified application of the *Rooker–Feldman* doctrine in this circuit. We held in *Noel* that "[o]nly when there is already a forbidden de facto appeal in federal court does the 'inextricably intertwined' test come into play." *Id.* at 1158. Such a de facto appeal arises only "when the plaintiff in federal district court complains of a legal wrong allegedly committed by the state court, and seeks relief from the judgment of that court." *Id.* at 1163.

Here, Gossage does not assert "as a legal wrong an allegedly erroneous decision by a state court" and does not seek relief from the state court judgment dismissing his claims. Instead, Gossage al-

leges claims only against adverse parties to his state court action. Therefore, *Rooker–Feldman* does not apply here. *See Noel*, 341 F.3d at 1163–64.

Accordingly, we vacate the district court's order granting summary judgment and remand for further proceedings.

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

